Sheehan & Associates, P.C.  60 Cuttermill Road, Suite 409, Great Neck NY 11021-3104
spencer@spencersheehan.com  tel. (516) 268-7080   fax (516) 234-7800

February 19, 2021

District Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl St
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 24 2021

Re:  1:20-cv-09108-GBD
    Prater v. Arizona Beverages USA LLC

Dear District Judge Daniels:

This office represents the Plaintiff. In accordance with your Honor's Individual Practices, Rule II(C), Plaintiff, jointly and with consent of Defendant, requests an adjournment of the initial conference and submission of the accompanying case management plan and scheduling order. ECF No. 5, November 4, 2020.

The original initial conference date is Thursday, March 4, 2021 at 9:30 AM and the case management plan and scheduling order are to be submitted by Thursday, February 25, 2021. ECF No. 5. The proposed new date for the initial conference is Monday, April 5, 2021, with the case management plan and scheduling order submitted no later than Monday, March 29, 2021.

Defendant recently executed and returned a waiver of service on Wednesday, January 20, 2021. Defendant's answer or response to the complaint is due on Monday, March 22, 2021. ECF No. 6. The reason for this request is because the parties are discussing how to proceed in advance of Defendant's deadline to respond or answer the complaint.

Defendant consents to this request. There have been no previous requests for adjournments of the conference date and submission of the accompanying discovery plan worksheet. No prior request was granted or denied. The requested adjournment does not affect any other scheduled dates. The request is submitted at least 48 hours prior to the date by which the parties are required to submit the case management plan and scheduling order. Thank you.

Respectfully submitted,

SO ORDERED

/s/Spencer Sheehan
Spencer Sheehan

The initial conference is adjourned to
  April 8, 2021 at 9:30 a.m.

George B. Daniels  FEB 24 2021
HON. GEORGE B. DANIELS

Certificate of Service

I certify that on February 19, 2021, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan