UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

JAMES PRATER, individually and on behalf of all :
others similarly situated,

                      Plaintiff,

    -against-

ARIZONA BEVERAGES USA LLC,

                      Defendant.
------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 4 2021

ORDER

20 Civ. 9108 (GBD)

GEORGE B. DANIELS, District Judge:

The April 8, 2021 initial conference is adjourned to May 27, 2021 at 9:30 a.m.

Dated: March 24, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE