**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

JAMES PRATER, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

ARIZONA BEVERAGES USA LLC,

                Defendant.

------------------------------------- X

ORDER

20 Civ. 9108 (GBD)

GEORGE B. DANIELS, District Judge:

The June 29, 2021 initial conference is cancelled. The parties shall appear for a status conference on September 15, 2021 at 9:45 a.m.

Dated: June 22, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE